IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBRA LAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 4267 |
| ) | |
| H.U.D. (U.S. DEPARTMENT OF URBAN ) | |
| DEVELOPMENT), et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

On May 20, 2015 this Court held a status hearing during which it orally denied -- but without prejudice -- the motion that had been filed by Rosemoor Suites, LLC ("Rosemoor") for its dismissal from the Amended Complaint brought against it and other defendants by plaintiff Debra Lawson ("Lawson"). During that hearing a next status date of July 20 was set in the anticipation that further factual input would have been provided by both Lawson and Rosemoor by then, enabling this Court to reach a definite final decision on such dismissal.

Silence has descended on the scene since then, and this Court believes that an interim progress report on the factual front would be appropriate. Accordingly this action is set for a status hearing at 8:45 a.m. June 23, 2015 for such an interim report. Because the other remaining defendant, the Single Room Housing Assistance Corporation, is not directly involved in that aspect of the case, counsel for that party is not required to attend that interim status hearing (though counsel is of course free to attend).

                                                              _____
                                                              Milton I. Shadur
Date: June 9, 2015                          Senior United States District Judge